Erik J. Foley (Admitted *pro hac vice*)
efoley@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

G. Warren Bleeker, CA Bar No. 210834
wbleeker@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: 626.795.9900
Facsimile: 626.577.8800
*Attorneys for Plaintiff and Counterclaim Defendant Tracii Guns and Plaintiff Philip Lewis*

S. Martin Keleti (State Bar # 144208)
KELETI LAW
9903 Santa Monica Boulevard, Suite 751
Beverly Hills, CA 90212-1671
Telephone: 323.308.8489
Facsimile: 323.978.7422
E-mail: s.martin.keleti@gmail.com
*Attorney for Defendant and Counterclaimant Stephen Riley and Defendants Scott Griffin, Kelly Nickels, Kurt Frolich, Eric Baker, Daniel Sullivan Bigg, Hardcore, Inc., Epic Rights, LLC, New Breed, LLC, Bigg Time Entertainment, Inc., Golden Robot Global Entertainment Pty Ltd, and Stephen Riley And Traci Guns Partnership*

Robert S. Gutierrez (State Bar # 143223)
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4370
Facsimile: 424.204.4350
E-mail: gutierrezr@ballardspahr.com
*Attorneys for Defendant Epic Rights, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACII GUNS, an individual; and PHILIP LEWIS, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>STEPHEN RILEY, an individual; | Case No. 2:20-cv-00270-CJC (AFMx) <br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

STIPULATION FOR DISMISSAL
-1-

114230002.2

|   |   |
|---|---|
| SCOTT GRIFFIN, an individual; KELLY NICKELS, an individual; KURT FROHLICH, an individual; ERIC BAKER, an individual; DANIEL SULLIVAN BIGG, an individual; HARDCORE, INC., a California corporation; EPIC RIGHTS, INC., a California corporation; NEW BREED LLC, a California Limited Liability Company; BIGG TIME ENTERTAINMENT, INC., a California Corporation; GOLDEN ROBOT GLOBAL ENTERTAINMENT PTY LTD, an Australia proprietary limited company; STEPHEN RILEY AND TRACI [sic] GUNS PARTNERSHIP, a purported entity of unknown form; DOES 1 through 10, inclusive, | |
| Defendants. | |
| STEPHEN RILEY, an individual, | |
| Counterclaimant, | |
| *v.* | |
| TRACII GUNS, an individual, | |
| Counterclaim Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Tracii Guns, Plaintiff Philip Lewis, Defendant and Counterclaimant Stephen Riley, and Defendants Scott Griffin, Kelly Nickels, Kurt Frolich, Eric Baker, Daniel Sullivan Bigg, Hardcore, Inc., Epic Rights, LLC, New Breed, LLC, Bigg Time Entertainment, Inc., Golden Robot Global Entertainment Pty Ltd, and Traci Guns Partnership, by and through their counsel, stipulate and agree that the above-captioned action is dismissed in its entirety with prejudice in accordance with the terms of the parties' settlement

STIPULATION FOR DISMISSAL
-2-

114230002.2

agreement dated April 19, 2021, with each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED TO BY:

                                          LEWIS ROCA ROTHGERBER CHRISTIE LLP

Dated: April 23, 2021        By:   /s/Erik J. Foley
                                            Erik J. Foley
                                            *Attorneys for Plaintiff and Counterclaim Defendant Tracii Guns and Plaintiff Philip Lewis*

                                          KELETI LAW

Dated: April 23, 2020        By:   /s/S. Martin Keleti
                                            S. Martin Keleti
                                            *Attorney for Defendant and Counterclaimant Stephen Riley and Defendants Scott Griffin, Kelly Nickels, Kurt Frolich, Eric Baker, Daniel Sullivan Bigg, Hardcore, Inc., Epic Rights, LLC, New Breed, LLC, Bigg Time Entertainment, Inc., Golden Robot Global Entertainment Pty Ltd, and Stephen Riley and Traci Guns Partnership*

                                          BALLARD SPAHR LLP

Dated: April 23, 2021        By:   /s/Robert S. Gutierrez
                                            Robert S. Gutierrez
                                            *Attorney for Defendant Epic Rights, LLC*

L.R. 5-4.3.4(a)(2)(i) Certification:

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

 /s/Erik J. Foley
   Erik J. Foley

STIPULATION FOR DISMISSAL
-3-

114230002.2