UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-00270-CJC (AFMx) | Date | April 23, 2021 |
|---|---|---|---|
| Title | Traci Guns et al v. Stephen Riley et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS**

Having been advised by the parties that this action has been resolved (*see* Stipulation to Dismiss Case [56]), the Court hereby orders the action dismissed with prejudice, and all proceedings and deadlines vacated.

                                                                                                                   -   :   -

Initials of Deputy Clerk   cw